UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J.W. and N.W.,
*individually and on behalf of B.W., a minor*,

        Plaintiffs     23-CV-9759 (VSB)

    -against-        **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement. (Doc. 15.)  On September 4, 2024, I granted the parties' request for leave to submit "the finalized settlement documents to the Court" within thirty days.  Thirty days have passed, yet the parties have not submitted settlement documents or taken any other action in the case.  Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action—including for purposes of enforcing any settlement agreement—is made within thirty (30) days.

SO ORDERED.

Dated: October 16, 2024
    New York, New York

                     *[signature]*
                     Vernon S. Broderick
                     United States District Judge